**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

IAN HEGER and CLAUDINE HEGER,          *
                                       *
        Plaintiffs,                    *
                                       *
            v.                         *          CV 115-022
                                       *
WELLS FARGO BANK, N.A.,                *
                                       *
        Defendant.                     *

---

**O R D E R**

---

Presently before the Court is the parties' Notice of Settlement and Joint Motion to Stay. (Doc. 26.) The parties represent that they are in the process of formally memorializing a settlement agreement to resolve the pending litigation. (Id.) Accordingly, the Court **GRANTS** the parties' request and **STAYS** this case until <u>**MONDAY, JUNE 29, 2015**</u>. The parties **SHALL** file a status report detailing their progress by that date in the event the agreement is not finalized.

   **ORDER ENTERED** at Augusta, Georgia, this 29th day of May, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA