IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IAN HEGER and CLAUDINE HEGER, | * | |
| Plaintiffs, | * | |
| v. | * | CV 115-022 |
| WELLS FARGO BANK, N.A., | * | |
| Defendant. | * | |

O R D E R

Presently before the Court is the parties' Joint Motion for Release and Distribution of Funds in the Registry of the Court. (Doc. 30.) On February 17, 2015, Plaintiffs deposited $422,341.89 into the Court Registry for the United States District Court for the Southern District of Georgia, Augusta Division. (Doc. 13.) After an initial distribution of funds to Defendant (see Doc. 11 at 1), $130,701.91 remains ("Current Deposit Amount"). The parties since have settled this matter. (See Docs. 26, 27.) Accordingly, the Court **GRANTS** the parties' motion to fully distribute the Current Deposit Amount in accordance with the settlement's terms and thus **ORDERS** the following:

1. The Clerk of Court **SHALL ISSUE** a check in the amount of **FORTY-NINE THOUSAND, FIVE HUNDRED DOLLARS AND NO CENTS ($49,500.00)**, payable to "Ian Heger and Claudine Heger," to be mailed to:

    Christopher A. Cosper
    Hull Barrett, PC
    801 Broad Street
    Suite 700
    Augusta, GA 30901.

2. The Clerk of Court **SHALL ISSUE** a check for the <u>**FUNDS REMAINING IN THE REGISTRY AFTER DISTRIBUTION OF $49,500.00**</u> to the Hegers, the amount of which is expected to be approximately eighty-one thousand, two hundred and one dollars and ninety-one cents ($81,201.91), payable to "Wells Fargo Bank, N.A.," to be mailed to:

> Jonathan E. Green
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> Monarch Plaza
> Suite 1600
> 3414 Peachtree Road, N.E.
> Atlanta, GA 30326-1164.

The Court **DIRECTS** the parties to file a stipulated dismissal in this matter as soon as practicable. (<u>See</u> Doc. 30, ¶ 6.)

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of July, 2015.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```