IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IAN HEGER and CLAUDINE HEGER, | * | |
| Plaintiffs, | * | |
| v. | * | CV 115-022 |
| WELLS FARGO BANK, N.A., | * | |
| Defendant. | * | |

O R D E R

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 32.) The Court hereby **DISMISSES WITH PREJUDICE** all claims in the above-captioned suit. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of July, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA